966

No. 76–1248. FAVROT *v.* BARNES. Sup. Ct. La. Certiorari denied.

No. 76–1283. CALESNICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1288. WITTENBRINK ET AL. *v.* COLORADO, BY AND ON BEHALF OF THE CITY OF THORNTON. Sup. Ct. Colo. Certiorari denied.

No. 76–1290. ADHESIVES & SEALANT COUNCIL, INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1313. HOWARD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1324. ALLSTATE INSURANCE Co. *v.* CANNATA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–1351. W. W. WINDLE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 76–1354. ANGLE, DBA KANSAS REFINED HELIUM Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1357. COLUMBIA TYPOGRAPHICAL UNION No. 101, INTERNATIONAL TYPOGRAPHICAL UNION OF NORTH AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1369. PENNSYLVANIA TRANSFER COMPANY OF PHILADELPHIA, INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.